JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. DE SMIDT,<br><br>      Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE, LLC;<br>FEDERAL NATIONAL MORTGAGE<br>   ASSOCIATION;<br>BANK OF AMERICA, N.A.;<br>MORTGAGE ELECTRONIC<br>   REGISTRATION SYSTEMS,<br>   INC.;<br>RECONTRUST COMPANY, N.A.;<br>BARRETT DAFFIN FRAPPIER<br>   TREDER & WEISS, LLP; and<br>DOES 1 through 20 inclusive herein,<br><br>      Defendants. | Case No. 5:21-cv-02181-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(d)(2).

2. Fictitiously named Defendants Does 1-20 are **DISMISSED**.

3. Defendants Nationstar Mortgage, LLC; Federal National Mortgage Association; Bank of America, N.A.; Mortgage Electronic Registration Systems, Inc.; Recontrust Company, N.A.; and Barrett Daffin Frappier Treder & Weiss, LLP shall have **JUDGMENT** in their favor, and against Plaintiff Cameron R. De Smidt. De Smidt shall take nothing by way of his complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 26, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE